# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1404

_____

ARMANDO ARCE,

Petitioner,

v.

JENNIFER ARCE,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

August 26, 2025

PER CURIAM.

DENIED.

The Court warns Petitioner that future filings that this Court determines to be frivolous may result in the imposition of sanctions, including limitation or prohibition against further filings in this Court unless filed on Petitioner's behalf by an attorney licensed to practice in the State of Florida.

KELSEY, LONG, and TREADWELL, JJ., concur.

————————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————————

Armando Arce, pro se, Petitioner.

No appearance for Respondent.